JOSHUA N. KASTAN (SBN 284767)
jnk@dkmlawgroup.com
**DKM LAW GROUP, LLP**
535 Pacific Avenue, Suite 101
San Francisco, California 94133
Telephone: (415) 200-0204
Facsimile: (833) 790-5202

Attorneys for Defendant,
USAA FEDERAL SAVINGS BANK, erroneously named as
"UNITED SERVICES AUTOMOBILE ASSOCIATION FEDERAL SAVINGS BANK"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA MAYNARD,<br><br>          Plaintiff,<br><br>  vs.<br><br>USAA Federal Savings Bank<br><br>          Defendants. | CASE NO.   4:21-cv-04519-JSW<br><br>[*Formerly Sonoma County Superior Court Case No. SCV-268348*]<br><br>**DEFENDANT USAA FEDERAL SAVINGS BANK'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**<br><br>**Judge:**     Hon. Jeffrey S. White<br>**Date:**      July 30, 2021<br>**Time:**      9:00 AM<br>**Courtroom:** 5 – 2nd Floor |

USAA Federal Savings Bank ("USAA FSB"), hereby submits the following Response to Plaintiff's Motion to Amend the Complaint.

## I.
## RESPONSE IN OPPOSITION

USAA FSB generally does not oppose Plaintiff Joshua Maynard's ("Maynard") Motion to Amend the Complaint. Pursuant to Fed. R. Civ. P. 15(a), Maynard may voluntarily amend his Complaint once as a matter of course so long as it is done within 21 days after service of a motion under Rule 12. (*See* Fed. R. Civ. P. 15(a)(1)(B).) On July 7, 2021,[1] Maynard filed his First Amended Complaint and therefore, the Motion to Amend the Complaint is now moot. In an

---

[1] Because USAA FSB's Motion to Dismiss was filed and served on Maynard on June 15, 2021, the 21-day period under Fed. R. Civ. P. 15(a) expired on July 6, 2021. Nonetheless, USAA FSB does not object to the late-filed First Amended Complaint.

1  abundance of caution, USAA FSB hereby submits this response, requesting that the Court strike
2  Maynard's previously filed Motion to Amend the Complaint given that Maynard has already
3  voluntarily amended it.
4      USAA FSB further intends to withdraw its previously filed Motion to Dismiss the original
5  Complaint, as it is also rendered moot by the filing of Maynard's First Amended Complaint. USAA
6  FSB reserves all objections, defenses, arguments, and position relative to any of the allegations in
7  the First Amended Complaint and will respond to Maynard's new pleading as appropriate.

Dated: July 7, 2021                         **DKM LAW GROUP, LLP**

                                           */s/ Joshua Kastan*
By_____
                             JOSHUA N. KASTAN
                             Attorneys for Defendant
                             USAA FEDERAL SAVINGS BANK