UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MAYNARD,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION FEDERAL SAVINGS BANK,<br><br>    Defendant. | Case No. 21-cv-04519-JSW   (KAW)<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. No. 31 |

On October 14, 2021, Plaintiff filed a motion to quash. Pursuant to Civil Local Rule 7-3(a), Defendant's opposition was due 14 days after the motion was filed, which was October 28, 2021.

To date, Defendant has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Defendant is ordered, on or before November 10, 2021, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Plaintiff may file a reply on or before November 17, 2021.

IT IS SO ORDERED.

Dated: November 2, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge