UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA MAYNARD,

Plaintiff,

v.

UNITED SERVICES AUTOMOBILE
ASSOCIATION FEDERAL SAVINGS
BANK,

Defendant.

Case No. 21-cv-04519-JSW

**ORDER GRANTING PLAINTIFF'S
MOTION TO EXTEND SCHEDULE
AND DENYING DEFENDANT'S
MOTION FOR SUMMARY
JUDGMENT WITHOUT PREJUDICE**

Re: Dkt. Nos. 111, 113

Now before the Court is the motion filed by Plaintiff Joshua Maynard ("Plaintiff") to extend the schedule (captioned as Plaintiff's Emergency Motion to Dismiss, Stay, and/or Extend Schedule). By his motion, Plaintiff seeks to continue the dates for his response to the pending motion for summary judgment filed by Defendant USAA Federal Savings Bank ("Defendant"). Although he has made efforts to retain pro bono counsel, Plaintiff still appears *pro se*. It is clear from the filings before the Court that Plaintiff wishes to seek leave to amend his complaint but has yet to file such a motion. The Court HEREBY GRANTS Plaintiff's motion to extend the schedule in order to give him time to file the motion for leave to file an amended complaint. Plaintiff shall have until no later than **February 27, 2026**, to file the motion.

Although Plaintiff did respond to Defendant's pending motion for summary judgment, the Court determines that the motion is premature and HEREBY DENIES the motion without prejudice to re-filing once the pleadings are finalized. Should the Court grant leave to file an amended complaint, the motion for summary judgment may, at least in part, be mooted or irrelevant and, as the Court will only allow one motion for summary judgment per party, the Court

United States District Court
Northern District of California

determines that it is in the best interest of both parties to resolve the pleadings prior to ruling on a dispositive motion.

This order VACATES the hearing date of February 13, 2026.

**IT IS SO ORDERED.**

Dated: February 9, 2026

_____
JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California

2